UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARAO ABEL PEREIRA,

                Plaintiff,

-against-

NYC DEPARTMENT OF EDUCATION, ET AL.,

                Defendants.

23-CV-10396 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated April 15, 2024, the Court granted Plaintiff 30 days' leave to file a second amended complaint. (ECF 7.) On May 2, 2024, Plaintiff filed a letter seeking an extension of time to file his second amended complaint. (ECF 9.) In his letter, Plaintiff states that the Pro Se Clinic operated by the New York Legal Assistance Group ("NYLAG") has recently informed him that he will be assigned an attorney to assist with the amended complaint, and he asks to have until July 15, 2024 to file his second amended complaint.

The Court grants Plaintiff's request for an extension of time to file his second amended complaint. Plaintiff must submit the second amended complaint to this Court's Pro Se Intake Unit by July 15, 2024. If Plaintiff fails to comply within the time allowed, the action will be dismissed for the reasons stated in the Court's April 15, 2024 order.

SO ORDERED.

Dated:  May 3, 2024
          New York, New York

                                          /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge