UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARAO ABEL PEREIRA,

                    Plaintiff,

          -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

                    Defendant.

23cv10396 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the September 9, 2024, order, this action is dismissed.  The

Court has dismissed the second amended complaint for failure to state a claim on which relief

can be granted, see 28 U.S.C. § 1915(e)(2)(B)(ii), and for lack of jurisdiction of his state law

claims, see Fed. R. Civ. P. 12(h)(3). All other pending matters in this case are terminated.  The

Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in

good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v.

United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.


 Dated:    November 7, 2024
           New York, New York


                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge